**Electronically Filed
Supreme Court
SCWC-20-0000435
02-OCT-2024
09:42 AM
Dkt. 18 ODAC**

SCWC-20-0000435

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CURT LANCE NAKAMURA,
Respondent/Plaintiff-Appellee,

vs.

CHARLENE KEIKO NAKAMURA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000435; CASE NO. 1DV191000133)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Charlene Keiko Nakamura's application for writ of certiorari filed on August 15, 2024, is rejected.

DATED: Honolulu, Hawaiʻi, October 2, 2024.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens

